## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Tecspec LLC v. Donnolo**  Docket No.: **25-1676**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jake W. Bedor

Firm: Rosenberg & Estis, P.C.

Address: 733 Third Avenue, New York, NY 10017

Telephone: 212-551-1235  Fax:

E-mail: JBedor@rosenbergestis.com

Appearance for: Defendant/Counterclaim Plaintiff Michael Donnolo
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Matthew S. Blum )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/04/2018  OR

☐ I applied for admission on .

Signature of Counsel: /s/ Jake W. Bedor

Type or Print Name: Jake W. Bedor