## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Tecspec et al. v. Michael Donnolo et al.    Docket No.: 25-1676

Lead Counsel of Record (name/firm) or Pro se Party (name): Arielle H. Wasserman / Cole Schotz P.C.

Appearance for (party/designation): Tecspec LLC, Richard Rose, Robert Senia, Ralph Schlenker, SRS Enterprises NJ LLC, HVAC Service Associates, Inc., SRS Research LLC, and SRS Enterprises Inc.

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (✔) I applied for admission on July 17, 2025 _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Arielle H. Wasserman
Type or Print Name: Arielle H. Wasserman / Cole Schotz P.C.
      OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

### ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Tecspec et al. v. Michael Donnolo et al.  Docket Number: 25-1676

**Personal Contact Information:**

Client 1:

Name: Robert Senia
Address: 109 Rico Drive North, Morganville, NJ 07751
Telephone: 732-706-0004   Fax: N/A
Email: rsenia@srs-enterprises.com

Client 2:

Name: Richard Rose
Address: 400 Silverleaf Way, Manalapan, New Jersey 07726
Telephone: 732-706-0004   Fax: N/A
Email: rrose@srs-enterprises.com

Client 3:

Name: Ralph Schlenker
Address: 244 Northwoods Road, Manhasset, NY 11030
Telephone: 732-706-0004   Fax: N/A
Email: rschlenker@srs-enterprises.com

Client 4:

Name: Tecspec LLC
Address: 150 Saint Charles Street
Telephone: 732-706-0004   Fax: N/A
Email: sales@tecspeceng.com

Client 5:

Name: SRS Enterprises, Inc.
Address: 14 Leonardville Road, Middletown, NJ 07748
Telephone: 732-706-0004   Fax: 732-706-0328
Email: sales@srs-enterpirses.com

**ADDENDUM TO ACKNOWLEDGEMENT AND NOTICE OF APPEARANCE**

Client 6:

Name: SRS Enterprises NJ LLC
Address: 14 Leonardville Road, Middletown, NJ 07748
Telephone: 732-706-0004
Fax: 732-706-0328
Email: N/A

Client 7:

Name: HVAC Service Associates, Inc.
Address: 14 Leonardville Road, Middletown, NJ 07748
Telephone: 732-706-0004
Fax: 732-706-0328
Email: N/A

Client 8

Name: SRS Research LLC
Address: 14 Leonardville Road, Middletown, NJ 07748
Telephone: 732-706-0004
Fax: 732-706-0328
Email: N/A