## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Tecspec LLC, et al. v. Michael Donnolo, et al. Docket No.: 25-1676

Lead Counsel of Record (name/firm) or Pro se Party (name): Norman Flitt, Rosenberg & Estis, P.C.

Appearance for (party/designation): Defendants/Counterclaim Plaintiffs, Michael Donnolo, individually and derivatively on behalf of Tecspec LLC, Joshua Donnolo, John Michael Long, Braya Concepts LLC, Braya Machine Company LLC, Braya Systems LLC, and Braya

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party                           Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

### RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 10/4/2018 OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Norman Flitt
Type or Print Name: Norman Flitt
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Tecspec LLC, et al. v. Michael Donnolo, et al.   Docket Number: 25-1676

**Personal Contact Information:**

Client 1:

Name: Michael Donnolo individually and derivatively on behalf of Tecspec LLC
Address: 20 Stuyvesant Oval Apartment 10C, New York, NY 10009
Telephone:                                    Fax:
Email:

Client 2:

Name: Joshua Donnolo
Address: 321 W 24.th Street, Apartment 6H, New York, New York 10011
Telephone:                                    Fax:
Email:

Client 3:

Name: John Michael Long
Address: 52 Kenmare Street, Apartment 1, New York, New York 10012
Telephone:                                    Fax:
Email:

Client 4:

Name: Braya Concepts LLC
Address: 2589 Richmond Terrace, Staten Island, New York, NY 10303
Telephone:                                    Fax:
Email:

Client 5:

Name: Braya Machine Company LLC
Address: 2589 Richmond Terrace, Staten Island, New York, NY 10303
Telephone:                                    Fax:
Email:

ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

**Case Information:**

Short Title: Tecspec LLC, et al. v. Michael Donnolo, et al.  Docket Number: 25-1676

**Personal Contact Information:**

Client 1:

Name: Braya Ventures LLC
Address: 2589 Richmond Terrace, Staten Island, New York, NY 10303
Telephone: Fax:
Email:

Client 2:

Name:
Address:
Telephone: Fax:
Email:

Client 3:

Name:
Address:
Telephone: Fax:
Email:

Client 4:

Name:
Address:
Telephone: Fax:
Email:

Client 5:

Name:
Address:
Telephone: Fax:
Email: