## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Tecspec LLC v. Donnolo  **Docket No.:** 25-1676

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Norman Flitt

**Firm:** Rosenberg & Estis, P.C.

**Address:** 733 Third Avenue, New York, NY 10017

**Telephone:** 212-551-1235   **Fax:**

**E-mail:** NFlitt@rosenbergestis.com

**Appearance for:** Michael Donnolo, individually and derivatively on behalf of Tecspec LLC, Joshua Donnolo, John Michael Long, Braya Concepts LLC, Braya Machine Company LLC, Braya Systems LLC, and Braya Ventures LLC
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Matthew Blum, Rosenberg & Estis, P.C. )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 06/13/2018   OR

☐ I applied for admission on .

**Signature of Counsel:** /s/ Norman Flitt

**Type or Print Name:** Norman Flitt