

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Norman Flitt
+1 (212) 551-1235
nflitt@rosenbergestis.com

July 17, 2025

**VIA CM/ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

   **Re:**  *Tecspec LLC, et al. v. Michael Donnolo, et al.*
      **Court of Appeals Docket #: 25-1676**
      **District Court Civil Action No. 24 Civ. 8077 (JHR)**

Dear Ms. Wolfe:

  We represent Appellant/Defendants/Counterclaim Plaintiffs Attorneys for Defendants/Counterclaim Plaintiffs Michael Donnolo, Joshua Donnolo, John Michael Long, Braya Concepts LLC, Braya Machine Company LLC, Braya Systems LLC, Braya Ventures LLC, and ABC Corp 1-10 (collectively "Appellant").

  Pursuant to Federal Rule of Appellate Procedure ("FRAP") 31(a) and Second Circuit Local Rule ("Local Rule") 31.2, we respectfully submit this letter to propose a briefing schedule for the above-captioned appeal.

  Pursuant to FRAP 31(a)(1) and Local Rule 31.2(a)(1)(A), Appellants hereby designate October 16, 2025 as the due date for the filing of its opening brief and the joint appendix in the above-captioned appeal.

  This letter constitutes Appellant's scheduling notification in accordance with Local Rule 31.2. The designated filing date falls within the 91-day period permitted following the date the appeal is deemed ready for briefing.

  We respectfully request that the Court approve the proposed briefing schedule.

           Respectfully Submitted,

           */s/ Norman Flitt*

           Norman Flitt, Esq.

cc: All counsel of record (Via CM/ECF)

RE\24801\0001\6044253v1