# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Tecspec LLC v. Donnolo**  Docket No.: **25-1676**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joseph Andrew Matteo

Firm: Barnes & Thornburg LLP

Address: 390 Madison Avenue, 12th Floor, New York, New York 10017

Telephone: (646) 746-2000   Fax: (646) 746-2001

E-mail: Joseph.Matteo@btlaw.com

Appearance for: Michael Donnolo, Braya Concepts LLC, Joshua Donnolo, Braya Ventures LLC, John Michael Long, Braya Machine Company LLC, Braya Systems LLC, ABC Corporations 1-10
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Norman Flitt and Matthew Blum, Rosenberg & Estis, PC )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Joseph A. Matteo

Type or Print Name: Joseph A. Matteo