# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand twenty-five.

Before:    William J. Nardini,
      *Circuit Judge.*

---

Tecspec LLC, Richard Rose, Robert Senia, Ralph Schlenker,

 Plaintiff-Third Party-Defendants-Counter-Defendants-Appellees,

  v.

Michael Donnolo, ABC Corporations 1−10, Joshua Donnolo, John Michael Long, Braya Systems LLC, Braya Machine Company LLC, Braya Concepts LLC, Braya Ventures LLC,

 Defendants-Third Party-Plaintiffs-Counter-Claimants-Appellants.

**ORDER**

Docket No. 25-1676

---

 Appellants request that the Court expedite this appeal. Appellees oppose the motion.

 IT IS HEREBY ORDERED that the motion to expedite the appeal is DENIED.

           For the Court:
           Catherine O'Hagan Wolfe,
           Clerk of Court