

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536  fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Jason R. Melzer
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6313
Writer's Direct Fax: 201.678.6313
Writer's E-Mail: JMelzer@coleschotz.com

September 18, 2025

**Via ACMS**
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007
Attn: Ronald Willoughby (Case Manager)

    Re:    **Tecspec LLC, et al. v. Michael Donnolo, et al.**
            **Docket No.: 25-1676**

Dear Mr. Willoughby:

    This firm represents Appellees Richard Rose, Robert Senia, Ralph Schlenker, and Tecspec LLC in connection with the above referenced appeal. We respectfully submit this correspondence pursuant to Local Rule 31.2(1)(B) requesting **December 16, 2025** (91 days after September 16, 2025) as Appellees' deadline to submit their opposition brief.

    As always, we thank the Court for its time and attention to this matter.

                        Respectfully submitted,

                        COLE SCHOTZ P.C.

                        */s/ Jason R. Melzer*

                        Jason R. Melzer