UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand twenty-five,

Tecspec LLC, Richard Rose, Robert Senia, Ralph Schlenker,

    Plaintiff-Third-Party-Defendants-Counter-Defendants-Appellees,

v.

Michael Donnolo, ABC Corporations 1?10, Joshua Donnolo, John Michael Long, Braya Systems LLC, Braya Machine Company LLC, Braya Concepts LLC, Braya Ventures LLC,

    Defendants-Third-Party-Plaintiffs-Counter-Claimants-Appellants,

SRS Enterprises Inc., SRS Enterprises NJ LLC, HVAC Service Associates Inc., SRS Research LLC,

    Defendants-Third-Party-Defendants-Counter-Defendant

ORDER
Docket No. 25-1676

    Counsel for Appellee Tecspec LLC, et al. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 16, 2025 as the brief filing date.

    It is HEREBY ORDERED that Appellee 's brief must be filed on or before December 16, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

