COLE SCHOTZ P.C.

1325 Avenue of the Americas, 19th Floor
New York, NY 10019
212-752-8000   212-752-8393  fax

New Jersey
—
Delaware
—
Maryland
—
Texas
—
Florida

Jason R. Melzer
Member
Admitted in NJ and NY

Reply to New York Office
Writer's Direct Line: 201.525.6313
Writer's Direct Fax: 201.678.6313
Writer's E-Mail: JMelzer@coleschotz.com

April 14, 2026

**VIA ECF**
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

   **Re:** ***Tecspec LLC, et al. v. Michael Donnolo, et al.***
     **Docket No. 25-1676**

To the Clerk of Court:

   This office represents Plaintiffs-Appellees Ralph Schlenker, Robert Senia, Richard Rose, and Tecspec LLC in the above referenced appeal. Counsel for Appellees is available for oral argument in connection with this appeal on any day through May 15, 2026 except for April 30, May 1, May 13 May 14, and May 15, 2026. If the Court requires additional availability after May 15, 2026, we will provide same upon request. We thank the Court again for adjourning the original argument date due the undersigned's medical emergency.

       Respectfully submitted,

       */s/ Jason R. Melzer*

       Jason R. Melzer